Elvia Aguilar, OSB # 001894
Aguilar & Bobadilla, PC
4915 SW Griffith Drive, Suite 220
Beaverton, OR 97005
T: 503-372-5327
F: 503-715-0465
elvia@anbattorneys.com
Attorney for Pablo Jimenez Carrasco
and the Estate of Valente Joaquin Ramirez

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ARTISAN AND TRUCKERS CASUALTY COMPANY, a Wisconsin corporation,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS YARD SERVICE, INC.; CARLOS YARD SERVICE, INC., dba CARLOS TRUCKING; CARLOS CEH; SERGIO IXMATLAHUA-COCOTLE; FRANCISCO HERNANDEZ-VEGA; CELSO RODRIGUEZ; GOMEZ BONIFACIO;ANGELES CEH; PABLO JAMINEZ CARRASCO; HONORIO TELLEZ-CHONCOHUA; FLAVIO ALMONTE-CORNEJO; ADAN TELLEZ-CHONCOHUA; SANTIAGO AMBROCO-JERONIMO; and THE ESTATE OF VALENTE JOAQUIN RAMIREZ, | No. 3:12-cv-01299-JE<br><br>**DEFENDANTS PABLO JIMENEZ CARRASCO AND THE ESTATE OF VALENTE JOAQUIN RAMIREZ'S MOTION TO DISMISS OR STAY**<br><br>Request for Oral Argument |

|  |  |
|---|---|
| Defendants, | |
| ILLINOIS NATIONAL INSURANCE COMPANY, | |
| and | |
| Intervenor/Plaintiff, | |
| v. | |
| CARLOS YARD SERVICE, INC.; CARLOS YARD SERVICE, INC., dba CARLOS TRUCKING; CARLOS CEH; SERGIO IXMATLAHUA-COCOTLE; FRANCISCO HERNANDEZ-VEGA; CELSO RODRIGUEZ; GOMEZ BONIFACIO; ANGELES CEH; PABLO JIMENEZ CARRASCO; HONORIO TELLEZ-CHONCOHUA; FLAVIO ALMONTE-CORNEJO; ADAN TELLEZ-CHONCOHUA; SANTIAGO; and the Estate of VALENTE JOAQUIN RAMIREZ, through its Personal Representative, MARTA ISABEL GUEMBES HERRERA, | |
| Defendants, | |

TO:    CLERK OF THE COURT

AND TO:    ALL PARTIES OF INTEREST

## LR 7-1 CERTIFICATION

Counsel for all parties have conferred and do not oppose this motion except Plaintiff Illinois National Insurance Company ("Plaintiff Illinois"). The position of Carlos Yard Service Inc. d/b/a Carlos Trucking, Carlos Ceh and Sergio Ixmatlahua, who are unrepresented in this action and have not appeared, is unknown.

Page 2 – DEFENDANTS PABLO JIMENEZ CARRASCO AND THE ESTATE OF VALENTE JOAQUIN RAMIREZ'S MOTION TO DISMISS OR STAY

AGUILAR & BOBADILLA, PC
4915 SW GRIFFITH DRIVE, SUITE 220
BEAVERTON, OR 97005
T: (503) 372-5327  F: (503) 715-0465

## MOTION TO DISMISS OR STAY

The parties made a good faith effort through personal or telephone conferences to resolve the dispute and have been unable to do so.

Pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(6) and this Court's inherent authority to abstain from deciding issues raised in a parallel state court proceeding, Defendants Pablo Jimenez Carrasco, and the Estate of Valente Joaquin Ramirez ("Defendants") hereby respectfully move to dismiss or stay the claims raised in this action in favor of actions raising the same coverage issues that Defendants filed in Oregon state court. As is set forth more fully in the Memorandum of Law that Defendants are filing herewith, this Court has discretion to abstain from hearing the state-law insurance coverage issues raised in this case pursuant to *Wilton v. Seven Falls Co.*, 515 U.S. 277, 115 S.Ct. 2137 (1995). This Court should exercise its discretion here to prevent Plaintiff Illinois from thwarting Defendants' good-faith forum choice.

On August 29, 2012, Defendant Pablo Jimenez Carrasco filed a complaint in the Circuit Court for the State of Oregon, County of Multnomah against Plaintiff Illinois, and on October 5, 2012, Defendant the Estate of Valente Joaquin Ramirez also filed an identical complaint seeking a declaration that Plaintiff Illinois is liable to Defendants under an insurance policy issued by Plaintiff Illinois to Defendant Carlos Yard Service. Exhibits A and B to Aguilar Decl. By filing the present action, Plaintiff Illinois asks this Court to disregard Defendants' good-faith choice of forum and decide issues that are already in dispute in the state court proceedings.

This Court should not acquiesce to Plaintiff Illinois' forum shopping by hearing this case. Rather, this Court should exercise its discretion to dismiss or stay this action so that Defendants can proceed with the claims they filed in good faith in state court.

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2013, I electronically filed the foregoing **DEFENDANTS PABLO JIMENEZ CARRASCO AND THE ESTATE OF VALENTE JOAQUIN RAMIREZ'S MOTION TO DISMISS OR STAY** with the Clerk of the Court using the CM/ECF system, which should send notification of such filing to the following:

Donald J. Verfurth
Stephanie M. Ries
GORDON & REES, LLP
701 Fifth Avenue, Suite 3100
Seattle, Washington 98104
Fax: 206-689-2822
Email: dverfurth@godonrees.com
Email: sries@gordonrees.com
Attorneys for Illinois National Insurance Company

Benjamin B. Grandy
Benjamin B. Grandy, PC
PO Box 726
Beaverton, OR 97075
Email: bbgrandy@lawyer.com
Attorney for Defendants Jeronimo, Vega and Cornejo

Jon Zbinden, Esq.
ZBINDEN & CURTIS
PO Box 12169
Portland, OR 97212
Fax: 503-223-6118
Email: jon@zbinden-curtis.com
Attorney for Defendants Tellez, Tellez and Gomez

The parties listed below are being provided courtesy copies of the forgoing via U.S. Mail:

Jay P. Harris
Law Offices of Harris, Wyatt & Amala, LLC
5778 Commercial Street, SE
Salem, OR 97306
*Of Attorneys for Defendant Sergio Cocotle Ixmatlahua*

William H. Stockton
Brisbee & Stockton, LLC
139 NE Lincoln Street
P.O. Box 567
Hillsboro, OR 97123
*Of Attorneys for Defendant Carlos Ceh and Carlos Yard Service, Inc.*

Michael A. Lehner
Lehner & Rodrigues, P.C.
Attorneys at Law

Page 5 - DEFENDANTS PABLO JIMENEZ CARRASCO AND THE ESTATE OF VALENTE JOAQUIN RAMIREZ'S MOTION TO DISMISS OR STAY

AGUILAR & BOBADILLA, PC
4915 SW GRIFFITH DRIVE, SUITE 220
BEAVERTON, OR 97005
P: (503) 372-5327  F: (503) 715-0465

1500 SW First Avenue, Suite 1150
Portland, OR 97201
*Of Attorney for Defendant Artisan and Truckers Casualty Company*

*s/ Elvia Aguilar*
Elvia Aguilar, OSB # 001894
Aguilar & Bobadilla, PC
4915 SW Griffith Drive, Suite 220
Beaverton, OR 97005
T: 503-372-5327
F: 503-715-0465
Email: elvia@anbattorneys.com
Attorney for Pablo Jimenez Carrasco and the Estate of Valente Joaquin Ramirez